THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MILLER, Respondent, *v.* HERMAN V. MYNDERSE, Appellant.

*People ex rel. Miller* v. *Mynderse,* 140 App. Div. 789, affirmed.
(Argued January 25, 1911; decided February 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to enjoin the defendant from acting as president of the village of Scotia and to put plaintiff into possession of said office.

*Charles P. Sanders* for appellant.

*William Dewey Loucks* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BART-LETT, HISCOCK and CHASE, JJ.   Absent: VANN, J.